| | |
|---|---|
| 1 | BRODSKY MICKLOW BULL & WEISS LLP |
| | Edward M. Bull III, State Bar No. 141966 |
| 2 | Kurt Micklow, State Bar No. 113974 |
| | 1070 Marina Village Parkway, Suite 200 |
| 3 | Alameda, California, 94501 |
| | Telephone:   (510) 268-6180 |
| 4 | Facsimile:    (510) 268-6181 |
| 5 | Attorneys for Plaintiff |
| | Phillip D. Goudeau, Jr. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP D. GOUDEAU JR. | CASE NO. 3:16-cv-03791-WHO |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | [F.R.C.P. Rule 41(a)(1)(A)(ii)] |
| THE UNITED STATES OF AMERICA, PATRIOT CONTRACT SERVICES, LLC; SCHUYLER LINE NAVIGATION COMPANY, LLC; and DOES 1-5, inclusive, | |
| Defendants | |

It is hereby STIPULATED by and between Plaintiff PHILLIP D. GOUDEAU, JR., and Defendants PATRIOT CONTRACT SERVICES, LLC and SCHUYLER LINE NAVIGATION COMPANY, LLC, that this entire case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs.

**SO STIPULATED;**

DATED: October 6, 2017    BRODSKY MICKLOW BULL & WEISS LLP

By: /s/ Edward M. Bull III
Edward M. Bull III

Attorneys for Plaintiff
PHILLIP D. GOUDEAU, JR.

**SO STIPULATED;**

DATED: October 6, 2017    COX, WOOTTON, LERNER, GRIFFIN
& HANSEN, LLP

By:   /S/ Terence S. Cox
      Terence S. Cox

Attorneys for Defendants,
PATRIOT CONTRACT SERVICES, LLC; and
SCHUYLER LINE NAVIGATION COMPANY, LLC

## [PROPOSED] ORDER

Having reviewed the Stipulation of the Parties, **IT IS HEREBY ORDERED THAT:** this entire case is hereby DISMISSED with prejudice, each party to bear their own attorney's fees and costs.

DATED: 10/10/2017                    _____
                                     William H. Orrick, III
                                     UNITED STATES DISTRICT JUDGE